Timothy K. Conde, USBA No. 10118
tkconde@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131
Facsimile: 801.578.6999

Timothy L. Alger, *pro hac vice*
TAlger@perkinscoie.com
Stephen F. English, *pro hac vice*
SEnglish@perkinscoie.com
Holly M. Simpkins, *pro hac vice*
HSimpkins@perkinscoie.com
Austin J. Rice-Stitt, *pro hac vice*
ARiceStitt@perkinscoie.com
Lauren Cohen, *pro hac vice*
LCohen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000

Attorneys for Defendant
AMAZON.COM, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANMEDICA INTERNATIONAL, LLC, a Utah limited liability company; WESTERN HOLDINGS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br>    Defendant. | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Case No. 2:13-cv-00169<br><br>District Judge David Nuffer |

-2-

Based on the parties' Stipulation for Dismissal of Action[1], the court hereby DISMISSES the above-entitled action with prejudice with each party to bear its own costs and fees. The clerk shall close this case.

Dated April 15, 2015.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 129, filed April 14, 2015.